UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NEW ERA ENERGY LLC, a California Limited Liability Company;<br>SANJIV N. PATEL<br><br>　　　Defendants. | Case No.: 5:21-cv-04112-MMC<br><br>**ORDER** VACATING ALL CURRENTLY SET DATES; DIRECTIONS TO PARTIES |

### **ORDER**

　　The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

　　In the event a Joint Stipulation for Dismissal is not filed by December 7, 2021, the parties shall file, no later than December 7, 2021, a joint statement apprising the Court of the status of the settlement.

**IT IS SO ORDERED.**

Dated: October 7, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　United States District Judge

Notice of Settlement　　　　　　-1-　　　　　　5:21-cv-04112-MMC